

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAAB SITE CONTRACTORS, L.P. and SWSC GP, L.L.C, | § | No. 08-19-00083-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 168th District Court |
| v. | § | |
| | § | of El Paso County, Texas |
| TERRACON CONSULTANTS, INC., | § | |
| | § | (TC# 2017DCV2285) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered Appellant's unopposed motion for voluntary dismissal of the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order that costs of appeal are assessed against the party incurring the same, as per the parties' agreement, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JANUARY, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.